IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 12-po-00013-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT L. POULTER, JR.,

    Defendant.

---

### ORDER RE: DEFENDANT'S REQUEST TO RELEASE EVIDENCE (Doc. 15)

---

Defendant has filed a request to release evidence. Based on the information contained therein, and Defendant's letter attached, Exhibit A, I **GRANT** the request and **ORDER** the knife released to Defendant.

Dated October 9, 2012.

                        BY THE COURT:

                        s/ Gudrun J. Rice
                        _____
                        Gudrun J. Rice
                        U.S. Magistrate Judge